**Opinion filed June 26, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00149-CV

_____

## IN THE INTEREST OF L.T.M., A CHILD

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV32308**

## M E M O R A N D U M   O P I N I O N

Appellant, Kristin Mack, filed a notice of appeal in this court on May 28, 2014. In her notice, Appellant indicated a desire to appeal from an agreed order signed by the trial court on February 4, 2014, and a protective order signed by the trial court on March 5, 2014. Upon docketing this case, the clerk of this court issued a letter dated May 28, 2014, in which we noted that the notice of appeal appeared to have been filed untimely. *See* TEX. R. APP. P. 26.1, 26.3. In the letter, we requested that Appellant respond on or before June 9, 2014, and we informed Appellant that this appeal would be subject to dismissal if she failed to respond and

show grounds to continue the appeal.  TEX. R. APP. P. 42.3.  Appellant has not filed a response.  Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

June 26, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.